Joseph F. Murphy, Respondent, v. Dominick E. Dempsey, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide

---

* See Laws of 1906, chap. 473, § 224.— [REP.

event, unless the plaintiff shall within twenty days stipulate to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.